UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ROMERO,<br><br>    Petitioner,<br><br>    v.<br><br>NEIL MCDOWELL,<br><br>    Respondent. | NO. CV 16-7489-FMO (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 12, 2018

/s/
FERNANDO M. OLGUIN
United States District Judge